UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLA TURNER, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-1835-X |
| | § | |
| NEW REZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, et al., | § | |
| | § | |
| *Defendants*. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 28). Plaintiff Charla Turner filed objections. (Doc. 29). Defendants filed a response to Turner's objections. (Doc. 30). And Turner filed a supplemental response and objection regarding Defendants' response. (Doc. 31). Turner's objections are rooted in her continued assertion that judicial estoppel does not bar her claims and dismissal with prejudice is premature because amendment cannot be deemed futile at this stage. Turner did not object to the Magistrate Judge's recommendation that Defendant Porter is an improperly joined.

The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation

1

of the United States Magistrate Judge.

    **IT IS SO ORDERED** this 5th day of March 2026.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE